IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**WILLIAM HARRELL**                                            **PLAINTIFF**

v.                          No. 4:12-cv-426-DPM

**RINECO CHEMICAL INDUSTRIES, INC.**                           **DEFENDANT**

ORDER

Defendant's motion to dismiss is granted as agreed. № 11 & 13. Count I of the complaint — that Rineco allegedly discriminated and retaliated against Harrell for filing a workers' compensation claims — is dismissed with prejudice for failure to state a legally cognizable claim. FED. R. CIV. P. 12(b)(6).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

7 June 2013