# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**WILLIAM HARRELL**                                          **PLAINTIFF**

v.                              **No. 4:12-cv-426-DPM**

**RINECO CHEMICAL INDUSTRIES, INC.**               **DEFENDANT**

## ORDER

Defendant's motion to dismiss is granted as agreed. № 11 & 13. Count I of the complaint — that Rineco allegedly discriminated and retaliated against Harrell for filing a workers' compensation claims — is dismissed with prejudice for failure to state a legally cognizable claim. FED. R. CIV. P. 12(b)(6).

So Ordered.

_____

D.P. Marshall Jr.
United States District Judge

7 JUNE 2013