IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**WILLIAM HARRELL**                                                                    **PLAINTIFF**

v.                               No. 4:12-cv-426-DPM

**RINECO CHEMICAL INDUSTRIES INC.**                          **DEFENDANT**

JUDGMENT

The Court notes the parties' joint stipulation of dismissal, № 16. All claims are dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

  30 September 2013